Campbell v. Roberts et al.

The justice, in this case, permitted hearsay evidence to go to the jury, but directed them to pay no regard to *hearsay* testimony.

PER CURIAM.    Reverse the judgment. (*a*)

(*a*) See *Haswell* v. *Bussing*, 10 *Johns.* 128.

---

### CAMPBELL v. ROBERTS AND ANOTHER.

Joint and separate accounts not to be admitted in evidence in the same action.

*Certiorari* to Justice Lindsley.

It appeared by the return and affidavits, that the justice in this case permitted the separate accounts of Roberts, and the joint accounts of Roberts and the other defendant, to go to the jury.

PER CURIAM.    Reverse the judgment.

NOTE.—See the case of *Executors of Bowne* v. *Thompson and Brackenridge, ante.*

---

### BRACKNEY v. SHREVE, ATTORNEY FOR SMITH.

An action brought by an attorney, must be in the name of his principal, and not in his own name.

*Certiorari* to Justice ———— ————.

This action was brought in the name of Shreve, as attorney for George Smith.